**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs**                            **CASE NO. 4:10CR00162-01 BSM**

**GLENROY CHARLES**                                                **DEFENDANT**

### AMENDED JUDGMENT AND COMMITMENT

Defendant Glenroy Charles has moved to amend, clarify or correct the judgment entered on August 27, 2012. [Doc. No. 38]. Charles states that at the sentencing hearing, he requested that the court include in the judgment a recommendation that he attend/participate in the 500-hour Residential Drug Abuse Program ("RDAP"). The government does not oppose the motion.

It is hereby ordered that the judgment and commitment entered on August 27, 2012, is amended to recommend that Charles shall participate in the 500-hour Residential Drug Abuse Program while incarcerated. The remaining portions of the judgment will remain in full force and effect. The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Office.

IT IS SO ORDERED this 22nd day of October 2012.

_____
UNITED STATES DISTRICT JUDGE